UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMILOLA ADEKUNLE and
FAYAH TOLNO,

               Plaintiffs,

  v.

THE GEO GROUP, INC.,

               Defendant.

C21-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered February 8, 2021, docket no. 7, the Court directed plaintiffs and the only remaining defendant The Geo Group, Inc. ("GEO") to show cause why this case should not be remanded to the King County Superior Court for lack of subject matter jurisdiction. GEO has since filed a corporate disclosure statement, docket no. 8, indicating that it is a Florida corporation with its principal place of business in Florida. According to the complaint, docket no. 1-1, plaintiffs reside in Texas and the amount in controversy exceeds $1 million. The Court therefore has diversity jurisdiction.

(2) Plaintiffs' request, docket no. 9, that this matter be stayed pending their exhaustion of administrative remedies relating to their claims against the United States, is GRANTED. This case is STAYED until further order. The parties shall file a Joint Status Report within fourteen (14) days after plaintiffs' administrative remedies are exhausted or by December 17, 2021, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of February, 2021.

                                                  William M. McCool
                                                  Clerk

                                                  s/Gail Glass
                                                  Deputy Clerk

MINUTE ORDER - 1