The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DAMILOLA ADEKUNLE and FAYAH TOLNO,

                  Plaintiff,

v.

THE GEO GROUP, INC.,et al.,

                  Defendants.

Case No.: 2:21-cv-00135-TSZ

[PROPOSED] ORDER GRANTING THE GEO GROUP'S MOTION FOR RECONSIDERATION OF THE STAY AND MOTION TO DISMISS UNDER FED. R. CIV.P 12(b)(1) and (6)

Noted: March 19, 2021

## **ORDER**

This matter is before the court on The GEO Group's Motion for Reconsideration of the Stay and Motion to Dismiss Under Fed. R. Civ.P. 12(b)(1) and (6).

The Court has reviewed and considered the pleadings and records filed including, a Response, if any, filed by the plaintiff, and any Reply filed by The GEO Group.

PROPOSED ORDER
Case No. 2:21-cv-00135-TSZ  - 1 of 2

The Court, therefore, being fully informed in this matter, GRANTS THE GEO GROUP'S Motion for Reconsideration of the Stay and Motion to Dismiss.

Dated this_____ day of _____, 2021.

_____
The Honorable Thomas S. Zilly
United States District Court Judge

Presented by:

III Branches Law, PLLC

_____
Joan K. Mell, WSBA No. 21319
Attorney for The GEO Group, Inc.,

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph