UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMILOLA ADEKUNLE and
FAYAH TOLNO,

                Plaintiffs,

  v.

THE GEO GROUP, INC.,

                Defendant.

C21-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to seal, docket no. 15, is GRANTED, and Exhibits A and B, docket no. 17, to the Declaration of Joan K. Mell, shall remain under seal.

(2) To the extent that defendant's pending motion, docket no. 12, seeks reconsideration of the Minute Order entered February 12, 2021, docket no. 11, which stayed this case, plaintiffs are DIRECTED to file a response. *See* LCR 7(h)(3). Such response shall be consolidated with any substantive response to defendant's motion to dismiss. Defendant's motion, docket no. 12, is RENOTED to March 26, 2021. Plaintiffs' response is due on March 22, 2021, and any reply is due by the new noting date.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2021.

                William M. McCool
                Clerk

                s/Gail Glass
                Deputy Clerk

MINUTE ORDER - 1